UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. BANK, N.A., as trustee for the benefit of the registered holders of Morgan Stanley Bank of America Merrill Lynch Trust 2013-7, Commercial Mortgage Pass-Through Certificates Series 2013-C7,<br>    Plaintiff,<br><br>v.<br><br>MALL AT SOLOMON POND, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 21-cv-40071-MRG |

**ORDER OF DISMISSAL AND TERMINATION OF RECEIVERSHIP**

Pursuant to Receiver's Notice of Termination and Request for Order of Receiver's Discharge, assented to by the Plaintiff and Defendant in this matter, filed on February 20, 2026, and Rule 66 of the Federal Rules of Civil Procedure, the Court hereby orders as follows:

A. The Receiver's Final Accounting and Report is ALLOWED;

B. All past expenditures and payments, which includes all professional fees, made by the Receiver as reported in the Receiver's Final Accounting and Report are ALLOWED;

C. The Receiver's actions in operating, purchasing the two sign parcels and marketing and selling the receivership estate Property were consistent with the powers and duties assigned to the Receiver by the Court's orders and are acknowledged and ALLOWED;

D. The receivership is hereby TERMINATED and the Receiver is hereby DISCHARGED of and from all further duties and responsibilities relating to the receivership without further liability or obligation, the Receiver being entitled to those immunities and liability protections traditionally accorded to court-appointed receivers who have acted within the scope of the Court's delegated authorities;

E.     The payment of and the total amount of Receiver's fees and expenses incurred in the amount of $764,231 plus $10,000 of estimated fees in the month of February to wrap-up the receivership estate including the tax appeal conclusion; only the actual amount will be paid once determined are ALLOWED;

F.     The payment of the remaining anticipated Receiver's Counsel's fees and expenses incurred in the amount of $5,645 (includes $1,645 incurred in January 2026 and $5,000 of estimated fees in the month of February to wrap-up the receivership estate; only the actual amount will be paid once determined) are ALLOWED;

G.     The Receiver's payment of funds remaining in the receivership account, after payment of the Receiver's and Receiver's Counsel's unpaid fees and expenses presented herein as well as any final net tax appeal refund proceeds, to Plaintiff is ALLOWED; and

H.     This Court reserves exclusive jurisdiction over all matters relating to the receivership.

IT IS SO ORDERED.

Dated: March 2, 2026

/s/ Margaret R. Guzman
_____
The Honorable Margaret R. Guzman
United States District Judge